UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>K. LAVALLEUR, et al.,<br><br>            Defendants. | 1:15-cv-0863-SKO (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 8, 2015.[1] In his complaint, plaintiff alleges violations of his civil rights by defendants at High Desert State Prison. The alleged violations took place in Lassen County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

///

---

[1] Plaintiff, who is subject to 28 U.S.C. § 1915(g), neither paid the filing fee nor filed an application to proceed in forma pauperis.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814.

IT IS SO ORDERED.

Dated:   **June 11, 2015**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

2