UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. LAVALLEUR, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1255 MCE CKD P<br><br><br>ORDER |

　　　　Plaintiff has filed a complaint pursuant to 42 U.S.C. § 1983.  However, he has not paid the $400 filing fee.[1]  Good cause appearing, plaintiff will be given 14 days within which to pay the filing fee for this action.  Plaintiff's failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

/////

/////

/////

/////

/////

---

[1] Plaintiff may not proceed in forma pauperis as he has "struck out" pursuant to 28 U.S.C. § 1915(g), see 2:14-cv-2958 KJM KJN P, and he does not allege in his complaint that he is under "imminent danger of serious physical injury."

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 14 days within which to pay the $400 filing fee for this action; and

2. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated: July 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blac2958.ff