UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. 2:15-cv-1255 MCE CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| K. LAVALLEUR, et al., | |
| Defendants. | |

By an order filed July 14, 2015, plaintiff was ordered to pay the filing fee for this action within 14 days and was warned that failure to do so would result in a recommendation that this action be dismissed. Plaintiff has not paid the filing fee nor responded to the court's July 14, 2015 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

1 | time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | Dated: August 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blac2958.fnrs